DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL DEEDS HAMMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00338 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE TO DECEMBER 19, 2011 AND |
| v. | ) ) | ORDER THEREON |
| MICHAEL DEEDS HAMMOND, | ) ) | Date: December 19, 2011 |
| Defendant. | ) ) | Time: 1:00 P.M. Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently scheduled for November 28, 2011 at 9:00 A.M., be continued to December 19, 2011 at 1:00P.M.  This continuance is requested by both counsel because Mr. Hammond's case was transferred to this district from the District of West Virginia pursuant to Rule 20, Federal Rules of Criminal Procedure.  It is therefore anticipated the case will be resolved.

The continuance is requested for further plea negotiations and defense preparation.

The requested continuance will conserve time and resources for both counsel and the Court. Assistant United States Attorney Laurel Montgomery does not object to this request.  The requested continuance will conserve time and resources for all parties and the Court.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

1  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
2  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3                                                  BENJAMIN B. WAGNER
                                                United States Attorney
4

5  DATED: November 22, 2011                      /s/   Laurel Montgomery
                                                LAUREL MONTGOMERY
6                                                  Assistant United States Attorney
                                                Attorney for Plaintiff
7

8                                                  DANIEL J. BRODERICK
                                                Federal Defender
9

10 DATED: November 22, 2011                      /s/  *Melody M. Walcott*
                                                MELODY M. WALCOTT
11                                                 Assistant Federal Defender
                                                Attorney for Defendant
12                                                 MICHAEL DEEDS HAMMOND

13

14

15

16                                                 **ORDER**

17     **Granted.**   Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

18

19

20

21

22 IT IS SO ORDERED.

   **Dated:**   **November 22, 2011**                    **/s/ Lawrence J. O'Neill**
23                                                 UNITED STATES DISTRICT JUDGE

24

25

26

27

28