DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL DEEDS HAMMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-00338 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE TO DECEMBER 19, 2011 AND ORDER THEREON |
| v. | |
| MICHAEL DEEDS HAMMOND, | Date:  February 6, 2012 |
| Defendant. | Time:  1:00 P.M. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently scheduled for December 19, 2011 at 1:00 P.M., be continued to February 6, 2012 at 1:00 P.M.  This continuance is requested to allow further defense preparation and plea negotiations.  Mr. Hammond's case was transferred to this district from the District of West Virginia pursuant to Rule 20, Federal Rules of Criminal Procedure.  Counsel are meeting with local and out-of-state authorities to resolve the matter.  It is therefore anticipated the case will be resolved.  The requested continuance will conserve time and resources for both counsel and the Court.  Assistant United States Attorney Laurel Montgomery does not object to this request.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

///

///

1  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
2  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED:  December 15, 2011                     /s/  Laurel Montgomery
                                LAUREL MONTGOMERY
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                DANIEL J. BRODERICK
                                Federal Defender

DATED:  December 15, 2011                     /s/  *Melody M. Walcott*
                                MELODY M. WALCOTT
                                Assistant Federal Defender
                                Attorney for Defendant
                                MICHAEL DEEDS HAMMOND

## ORDER

**Good Cause exists**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   December 15, 2011**                /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE