DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL DEEDS HAMMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-0338 LJO |
| Plaintiff, | |
| v. | STIPULATION MODIFYING TERMS OF PRETRIAL RELEASE FOR MICHAEL DEEDS HAMMOND AND ORDER THEREON |
| MICHAEL DEEDS HAMMOND, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, attorney for the Plaintiff, and ANN H. VORIS, Assistant Federal Defender, attorney for Defendant, MICHAEL DEEDS HAMMOND, that the terms of Defendant's conditions of pretrial release be modified as follows:

   The condition of pretrial release pertaining to location monitoring to be modified as follows: Defendant shall participate in the **Home Detention** component of the remote location monitoring program and abide by all the requirements of the program which will include electronic monitoring or other location verification monitoring system. Defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by the Pretrial Services Officer. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer.

   All other terms and conditions of release, not in conflict, remain in full force and effect. Pretrial Services is aware and approves of this modification.

///

```
                                              Respectfully submitted,

Dated: January 18, 2012                       BENJAMIN B. WAGNER
                                              United States Attorney


                                               /s/ Laurel J. Montoya
                                              LAUREL J. MONTOYA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


Dated:  January 18, 2012                      DANIEL J. BRODERICK
                                              Federal Defender


                                               /s/ Ann H. Voris
                                              ANN H. VORIS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              MICHAEL DEEDS HAMMOND
```

## O R D E R

IT IS HEREBY ORDERED that the terms and conditions of Defendant Michael Deeds Hammond's pretrial release be modified as follows:

The condition of pretrial release pertaining to location monitoring to be modified as follows: Defendant shall participate in the **Home Detention** component of the remote location monitoring program and abide by all the requirements of the program which will include electronic monitoring or other location verification monitoring system. Defendant shall pay all or part of the costs of the program based upon his ability to pay as determined by the Pretrial Services Officer. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

IT IS SO ORDERED.

Dated:   **January 19, 2012**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE