DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL DEEDS HAMMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-0338 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date: February 27, 2012 |
| MICHAEL DEEDS HAMMOND, | ) ) | Time: 1:00 p.m. |
| Defendant. | ) ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 6, 2012, **may be continued to February 27, 2012 at 1:00 p.m.** for a **change of plea hearing.**

This is a Rule 20 case. Defendant was previously represented by Ms. Walcott. The reason for the continuance is: First, that travel is very difficult for Mr. Hammond; Second, the prosecutor is preparing a plea offer, but it cannot be reviewed before Monday; Third, the prosecutor will be out of the office and will not return until February 21, 2012, and Mr. Hammond is expecting to enter a plea. This continuance will permit negotiation and completion of the plea and conserve time and resources for both parties and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: February 1, 2012        By:   /s/ *Laurel Montoya*
                                     LAUREL MONTOYA
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 1, 2012        By:   /s/ *Ann H. Voris*
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Michael Deeds Hammond

## **O R D E R**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

Good Cause for the continuance is stated, and the request is therefore GRANTED.

IT IS SO ORDERED.

**Dated:   February 1, 2012**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Hearing; [Proposed] Order                    −2−